PEOPLE ex rel. DE GROOT v. BOARD OF COUNTY CANVASSERS OF QUEENS COUNTY et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York, on the relation of William A. De Groot, against the Board of County Canvassers of the County of Queens and another. No opinion. Motion granted, and case set down for Wednesday, December 8, 1909.

PEOPLE ex rel. DRAKE v. ANDREWS, Justice, et al. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909,) Proceeding by the People, on the relation of Leonard Drake, against William S. Andrews, as Justice of the Supreme Court, and others.
PER CURIAM. Order of reversal, entered July 6, 1909 (118 N. Y. Supp. 37), modified, so as to read as follows: "Order reversed, and relator discharged from custody. Such reversal is solely upon the ground that the acts found by the trial court to have been committed by the relator (in which finding no error was committed), did not constitute criminal contempt of court, and were not punishable as such. See prevailing opinion. by Williams, J., which is made a part of this order and decision."

PEOPLE ex rel. DRUCKER, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Proceeding by the People of the State of New York, on the relation of John F. Drucker, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Determination confirmed, with costs.

PEOPLE ex rel. DURYEA, Appellant, v. WILBER, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Proceeding by the People of the State of New York, on the relation of Oscar Duryea, against David Wilber, a peace officer. J. M. Mayer, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. EATON v. HOBLEY, Sheriff. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Proceeding by the People of the State of New York, on the relation of Anna Eaton, against Alfred T. Hobley, as Sheriff of Kings County. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. FLANNERY, Appellant, v. HOBLEY, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Proceeding by the People of the State of New York, on the relation of John J. Flannery, against Alfred T. Hobley, as Sheriff of Kings County. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. HERREN v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Proceeding by the People of the State of New York, on the relation of John W. Herren, against Theodore A. Bingham, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ quashed, with costs.

PEOPLE ex rel. HOLDSWORTH v. HAYES, Fire Com'r. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Proceeding by the People of the State of New York, on the relation of Joseph F. Holdsworth, against Nicholas J. Hayes, as Fire Commissioner of the City of New York.
PER CURIAM. Determination confirmed, with costs.
WOODWARD, J., dissents, on the ground that the relator did not receive that reasonable notice of the hearing or trial which the law contemplates.

PEOPLE ex rel. McLAUGHLIN v. AMMENWERTH et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York, on the relation of James F. McLaughlin against Joseph A. Ammenwerth and others. No opinion. Motion granted, and case set down for Wednesday, December 8, 1909.

PEOPLE ex rel. MELICCHIO, Respondent, v. CHESHIRE, County Clerk, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Proceeding by the People of the State of New York, on the relation of Frank Melicchio, against Thomas S. Cheshire, County Clerk of the County of Nassau. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WHITE v. CRANE, Justice. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Frederick E. Crane, a Justice of the Supreme Court. No opinion. Motion denied, without costs.

PEOPLE ex rel. WHITE v. CRANE, Justice. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Frederick E. Crane, a Justice of the Supreme Court. No opinion. Motion denied, without costs.
THOMAS, J., not voting.

PEOPLE ex rel. WHITE v. MADDOX, Justice. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Samuel T. Maddox, a Justice of the Supreme Court. No